IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00612-001 WHA |
| Plaintiff, | |
| v. | **ORDER FILING UNDER SEAL** |
| ROBERT MANNING, | |
| Defendant. | |

    For good cause shown Exhibit B of the movant's Section 2255 motion, the Presentence Report and recommendations, shall be filed under seal.

    IT IS SO ORDERED.

  May 31, 2016.

DATE

WILLIAM ALSUP
United States District Judge

*MANNING,* 13-00612-001 WHA
ORD FILING UNDER SEAL