IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ROBERT MANNING,

    Defendant.

No. CR 13-0612 WHA

**ORDER GRANTING MOTION TO DISMISS MOTION UNDER 28 U.S.C. 2255**

Defendant Robert Manning alleged in his motion to vacate that his sentence was improperly enhanced using a prior conviction that would not qualify as a "crime of violence" under the residual clause in U.S.S.G. 4B1.2(a)(2) after *Johnson v. United States*, 576 U.S. __, 135 S.Ct. 2551 (2015), which ruled the same language void for vagueness in the Armed Career Criminals Act. In *Beckles v. United States*, 580 U.S. __, 137 S.Ct. 886 (2017), the Supreme Court ruled that the Sentencing Guidelines are not subject to a vagueness challenge under the Due Process Clause.

The government now moves to dismiss defendant's motion to vacate his sentence inasmuch as his theory is now foreclosed by the holding of *Beckles*. Manning acknowledges the holding of *Beckles* and takes no position on the substance of the government's motion.

This order agrees that *Beckles* forecloses defendant's effort to extend the holding of *Johnson* to the Sentencing Guidelines. Accordingly, the government's motion to dismiss is **GRANTED**, and defendant's motion to vacate his sentence is **DENIED**. The undersigned judge also declines to issue a certificate of appealability.

**IT IS SO ORDERED.**

Dated: May 19, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE